# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| TERESA ANN THOMPSON, individually, and as Special Administer of the Estate of WINFIELD THOMPSON, SR., Deceased, and the ESTATE OF WINFIELD THOMPSON, MELISSA PROCHNOW AND JAMIE HELGESON, as Special Administrator(s)/Personal Representative(s) of the Estate of Nicholas Helgeson and the ESTATE OF NICHOLAS HELGESON,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM HARRIE and THE NILLES LAW FIRM, aka NILLES, SELBO & HARRIE, LTD. and NODAK INSURANCE COMPANY (fna NODAK MUTUAL INSURANCE COMPANY), and NODAK MUTUAL GROUP, INC., a Mutual Holding Company and N.I. HOLDINGS, INC. (An Intermediate Stockholding Company),<br><br>*Defendants*. | Case No. 4:19-cv-04023-LLP<br><br>**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

Defendants William Harrie and the Nilles Law Firm, aka Nilles, Selbo & Harrie, Ltd. (hereinafter referred to collectively as "the Lawyer Defendants"), through their undersigned attorneys, move to dismiss all claims asserted against them in Plaintiffs' Amended Complaint (Doc. 1) pursuant to Fed R. Civ. P. 12(b)(6). This motion is supported by the Brief in Support of Motion to Dismiss for Failure to State a Claim, Motion for Judicial Notice, and Affidavit of Jason R. Sutton Dated February 8, 2019, filed contemporaneously with this motion.

1

554573v1

Based on the foregoing, the Lawyer Defendants respectfully request an order dismissing all claims asserted against it pursuant to Fed. R. Civ. P. 12(b)(6).

Dated this 8th day of February, 2019

>/s/ Jason R. Sutton_____
>Thomas J. Welk
>Jason R. Sutton
>BOYCE LAW FIRM, L.L.P.
>300 S. Main Avenue
>P.O. Box 5015
>Sioux Falls, SD 57117-5015
>(605) 336-2424
>tjwelk@boycelaw.com
>jrsutton@boycelaw.com
>*Attorneys for the Lawyer Defendants*