UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA ANN THOMPSON, Individually, and as Special Administer/Personal Representative of the Estate of WINFIELD THOMPSON, SR., Deceased, and the ESTATE of WINFIELD THOMPSON, MELISSA PROCHNOW AND JAMIE HELGESON, as Special Administrator(s)/Personal Representative(s) of the Estate of Nicholas Helgeson, and the ESTATE OF NICHOLAS HELGESON, <br><br>Plaintiff, <br><br>v. <br><br>WILLIAM HARRIE and THE NILLES LAW FIRM, aka NILLES, SELBO & HARRIE, LTD., and NODAK INSURANCE COMPANY, (fna NODAK MUTUAL INSURANCE COMPANY), and NODAK MUTUAL GROUP, INC., a Mutual Holding Company and N.I. HOLDINGS, INC. (An Intermediate Stockholding Company), <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No.: 4:19-cv-04023-LLP <br><br>**CERTIFICATE OF SERVICE** |

1

)

)

I hereby certify that on April 1, 2019 I served the following document:

- *BRIEF IN RESPONSE TO DEFENDANT WILLIAM HARRIE'S AND DEFENDANT NILLES LAW FIRM'S MOTION TO DISMISS*

on the following person by the means and at the address listed below:

|  |  |
|---|---|
| **Angela Beranek Brandt**<br>Larson King, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>(651) 312-6500<br>(651) 312-6618 (fax)<br>abrandt@larsonking.com | _X_ ECF<br>___ email address shown<br>___ Facsimile<br>___ United States Postal Service<br>___ Federal Express<br>___ United Parcel Service<br>___ Hand Delivery |

**Patrick H. O'Neill, Jr.**
Larson King, LLP
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
651-312-6500
651-312-6618 (fax)
poneill@larsonking.com

**Jason R. Sutton**
**Thomas J. Welk**
Boyce Law Firm, LLP
300 South Main Avenue
PO Box 5015
Sioux Falls, SD 57104
(605) 336-2424
(605) 334-0618 (fax)
jrsutton@boycelaw.com
tjwelk@boycelaw.com

**Robin L. Zephier**
Abourezk Law Firm
2020 W. Omaha
PO Box 9460
Rapid City, SD 57709
342-0097
rzephier@azlaw.pro

Dated April 1, 2019

        TURBAK LAW OFFICE, P.C.
        Attorneys for Plaintiff

        _____
        Seamus W. Culhane
        26 South Broadway, Suite 100
        Watertown, SD  57201
        605-886-8361
        seamus@turbaklaw.com